TAGUE v. BENNER ET AL.

1. **Practice on Appeal:** IMPERFECT RECORD: DISMISSAL. An appeal from an order excluding certain affidavits upon the hearing of a commissioner's report must be dismissed, where the abstract does not show what judgment the court rendered in the case, nor what the affidavits contained.

*Appeal from Fremont District Court.*

SATURDAY, JUNE 11.

THIS is a proceeding, under chapter 8 of the Laws of 1874, for the establishment of disputed corners and boundaries of certain real estate. A commissioner was appointed, who went upon the premises, took testimony and made a survey, and returned his report to the court. The defendants filed objections to the report, and offered to introduce certain affidavits in evidence, on the hearing of the objections to the report. The plaintiffs objected to the affidavits, and the objection was sustained. The defendants excepted, and appeal.

*A. R. Brewer*, for appellants.

*Draper & Thornell*, for appellees.

ROTHROCK, J.—The abstract does not show that any ruling was made upon the objections to the report. It does not

appear what the objections were, and the record is silent as
to whether or not the report was approved and confirmed.
It does appear that certain affidavits were offered by the
defendants on the hearing of the motion.. These were
excluded, exceptions were taken, and error is assigned upon
the ruling; but it is not shown what the affidavits contained.
It is apparent that we cannot reverse the case upon this
record. It is impossible to determine whether the court
erred in excluding the affidavits unless we are advised of their
contents. They may have been upon facts not pertinent to
any issue in the case, and we cannot entertain an appeal
unless the record presented to us shows that the court below
entered a judgment or order from which an appeal may be
taken. The appeal must be

DISMISSED.